UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 05-165(1)  (RHK/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| Edward Moore, | |
| Defendant. | |

---

The Court has reviewed de novo the June 17, 2005 Report and Recommendation of Magistrate Judge Arthur J. Boylan and Defendant's Objections thereto.  Based on that review, the Report and Recommendation will be adopted for the reasons set forth by Judge Boylan.  Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. Defendant's Objections (Doc. No. 31) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 26) is **ADOPTED**;

3. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 9) is **DENIED**; and

4. Defendant's Motion to Suppress Statements, Admissions, and Answers (Doc. No. 10) is **DENIED**.

Dated:  July 15, 2005

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge