## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

United States of America,

            Plaintiff,

                                           Criminal No. 05-165 (1) (RHK/AJB)

vs.

                                            **ORDER**

Edward Moore,

            Defendant.

_____

     In view of counsel's representation that all of the materials in his possession regarding Defendant's case have been forwarded to Defendant, **IT IS ORDERED** that the Motion to Compel (Doc. No. 57) is **DENIED AS MOOT**.

Dated: October 29, 2007

                                                          s/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Judge