# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 05-165 (1) (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Edward Moore, | |
| Defendant. | |

Defendant's Motion for Reconsideration (Doc. No. 72) of the Court's May 5, 2008 Order is **GRANTED** and said Order is **VACATED**.

On or before June 20, 2008, counsel for Defendant is directed to serve and file a memorandum in support of Defendant's 18 U.S.C. § 3582(c)(2) Motion for a reduction of sentence.

Dated:  June 2, 2008

s/Richard H. Kyle<br>
RICHARD H. KYLE<br>
United States District Judge