# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United States of America, | Criminal No. 05-165 (1) (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Edward Moore, | |
| Defendant. | |

_____

Defendant's Motion for Extension of Time to File Pleadings by July 25, 2008, is **GRANTED**.

Dated:  July 18, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
